UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO - WESTERN DIVISION
AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Mark Evans, Special Agent (SA) with the Federal Bureau of Investigation (FBI), Cleveland Division, Toledo Resident Agency (hereinafter affiant), being duly sworn, depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation hereafter referred to as FBI. I am currently assigned to the FBI's Northwest Ohio Violent Crimes Task Force in Toledo, Ohio, and have been so since September 2015. I have been a sworn law enforcement officer since 2003 and have participated in numerous investigations and arrests involving armed robberies which interfere with interstate commerce.

2. This affidavit is submitted in support of a criminal complaint for Jai Charles Decembly and Ryleah Bumbera, for Interference with Commerce by Threat of Violence in violation of 18 U.S.C. 1951, which occurred in Northern District of Ohio Western Division.

3. The facts and information contained in this affidavit are based upon my personal knowledge and the investigation and observations of other officers and agents involved in the investigation. This affidavit contains information necessary to support probable cause for this application. It is not intended to include every fact and matter observed by me or known to the government. The facts and circumstances of the offense and subsequent identification of the suspect are listed below:

**S&G Gas Station, Sylvania, Ohio**

4. On September 3, 2020 at 2239 hours officers of the Sylvania Township Police Department responded to the S&G gas station located at 5502 Monroe St. Sylvania, Ohio.

5. One victim, the clerk was working alone when Jai-Charles Decembly entered the business. Decembly retrieved a drink from the cooler and approached the counter to complete a purchase. As the victim clerk opened the register to provide change for a two-dollar bill, Decembly jumped the counter and took the money from the register.

6. Decembly was described as 5 feet 9 inches tall by the victim clerk. In store surveillance showed that he was wearing a green hat, grey pants with a Nike check logo on the left side, a black Adidas brand jacket, a white mask and black shoes.

7. Detectives arriving on scene took images of the freshly mopped floor of the store, identifying fresh shoe prints on the ground.

8. On October 5, 2020, Agents, task force officers and deputies arrested Decembly and Bumbera for a robbery which occurred on September 19, 2020, at S and G Mart located at 5101 Alexis Rd. Toledo, Ohio. At the time of arrest Decembly was wearing a pair of black tennis shoes. The tread pattern on the bottom of the shoes is consistent with that located on the floor following the robbery.

9. On October 5, 2020 Deputies with the Lucas County Sherriff Office received a tip in reference to a bank robbery which occurred on October 3, 2020. Within the tip the individual identified Jai Charles Decembly as the person observed in the surveillance images released to the Media. While Agents TFO's and Deputies were following up on a bank robbery the vehicle, a red Ford Mustang, used in numerous robberies was located at 2834 Brynwick, Maumee, Ohio. Based on information obtained during the interview of the vehicle Owner, Agents TFO's and Deputies responded to the Red Roof Inn, located at 1214 Corporate Dr. Holland, Ohio, where Decembly and Bumbera were located.

10. On October 9, 2020, TFO W. Hunt and SA M. Evans conducted a review of surveillance video captured at the Red Roof Inn located at 1214 Corporate Dr. Holland, Ohio. The review was conducted based on hotel staff informing SA Evans and TFO Hunt that Decembly and Bumbera had been residing at this location for several weeks. During the review Decembly can be seen carrying a green hat and wearing a black Adidas jacket, the same items of clothing observed in the S&G robbery video. Decembly is on video walking to the passenger side of a red Ford Mustang, Ohio license plate 302ZBJ. Once at the vehicle Decembly can be observed changing into grey pants. Bumbera enters the driver's seat and the pair leave the parking lot at 2216 hours. They return at 2326 hours.

11. On October 2, 2020, call detail records for 419-704-3494, (Target Device), were received and reviewed. This number was identified as belonging to Ryleah Bumbera and was used by both Bumbera and Decembly on the date and time in question. The following information was obtained in reference to the device's location at or around the time of the S&G robbery. At 22:42 hrs. the target device was utilizing the cell tower 193 yards east of the robbery location. At 22:45 hrs. the target phone was utilizing a cell tower located just south of the robbery location near I-475 and Sylvania Avenue.

**Speedway Gas Station, Rossford, Ohio**

12. On September 8, 2020 at 2047 hours officers with the Rossford Police Department responded to the Speedway Gas Station, located at 939 Dixie Hwy. Rossford, Ohio.

13. The victim clerk was working when Jai-Charles Decembly entered the business. Decembly retrieved a drink from the cooler and approached the counter. As the victim clerk opened the register to get change for a two-dollar bill Decembly jumped the counter and took the

money from the register. During the incident the clerk advised that Decembly acted as if he was armed.

14.     Decembly was described a Black male 6 foot wearing a flannel shirt and grey hood with black pants, the pocket of the pants had a grey lining around the outside. Decembly was also wearing orange gloves.

15.     Responding officers located orange latex gloves consistent with those being worn by the Decembly at the robbery. The gloves were found on Decembly's path of flight. On September 11, 2020 Rossford Police submitted the two gloves which were located on the path of flight to BCI for additional testing. On October 23, 2020 results from the DNA testing revealed a match to Jai Charles Decembly through Ohio's State DNA Index System (SDIS).

16.     Review of surveillance video from Speedway identified a red Ford Mustang with a black roof in the area prior to the robbery.

17.     On October 9, 2020 TFO W. Hunt and SA M. Evans conducted a review of surveillance video captured at the Red Roof Inn located at 1214 Corporate Dr. Holland, Ohio. During the review for September 6, 2020 at 2141 hours Decembly can be observed walking towards the red Ford Mustang, Ohio license plate 302ZBJ, wearing a flannel shirt with grey hood identical to the one observed in surveillance images from the robbery. Both Decembly and Bumbera, driver, enter the vehicle and leave the parking lot. During the review for September 8, 2020, at 1704 hours Jai-Charles Decembly and Ryleah Bumbera can be observed walking from the hotel the red Ford Mustang, Ohio license plate 302ZBJ. Bumbera is the driver and Decembly is the passenger. The pair leave the parking lot at 1704 hours, return briefly at 1839 hours and return again at 2150 hours. Decembly is wearing black pants and is carrying a bag.

18. On October 2, 2020 call detail records for 419-704-3494, Target Device, were received and reviewed. This number was identified as belonging to Ryleah Bumbera and was used by both Bumbera and Decembly on the date and time in question. The following information was obtained in reference to the device's location at or around the time of the robbery. At 20:48 hrs. the target device was utilizing the cell tower located in Rossford, Ohio, .5 miles North East of the Speedway robbery location.

**Barney's Gas Station, Maumee, Ohio**

19. On September 17, 2020 at 2220 hours Deputies with the Lucas County Sheriff's Office responded to Barney's Gas Station located at 3211 Briarfield Blvd. Maumee, Ohio.

20. The victim clerk was working when Jai-Charles Decembly entered the business. Decembly walked around the counter put his hand on the victim clerks back and demanded the money. Once the cash register was open Decembly took the money from the register. Decembly asked the victim "Where's the real money?". Decembly fled the business and the passenger seat of a black Nissan which was parked in the lot near a gas pump.

21. Decembly was described as 5'07" wearing a flannel shirt and grey hood with black pants, the pocket of the pants had a grey lining. Decembly was wearing a dark colored mask. The images from this robbery were compared to the robbery Speedway robber and appear to be identical except in this robbery he is wearing a different color mask.

22. On October 9, 2020 TFO W. Hunt and SA M. Evans conducted a review of surveillance video captured at the Red Roof Inn located at 1214 Corporate Dr. Holland, Ohio. During the review for September 17, 2020 at 2014 hours Jai-Charles Decembly and Ryleah Bumbera can be observed walking from the hotel entering a black Nissan Sentra, Ohio license

plate HXP-7565. Bumbera is the driver and Decembly is the passenger. At 22:37 the vehicle returns to the parking lot with Bumbera driving and Decembly the passenger. Bumbera exits the vehicle and is observed carrying the flannel shirt with grey hood used in the robber and money clinched in his hand.

**S and G Mart, Toledo, Ohio**

23. On September 19, 2020 at 2058 hours Officer of the Sylvania Township Police Department responded to S and G Mart located at 5101 Alexis Rd. Toledo, Ohio.

24. The victim clerk was working when Jai-Charles Decembly entered the business. Decembly jumped the counter and demanded the victim teller to open the register. Once open Decembly took the money from the register. During the incident the clerk advised that Decembly asked, "Where is all the money?".

25. Decembly was described as wearing a blue jersey and black pants, however after reviewing video surveillance from the robbery Decembly is wearing black shirt with white writing on sleeve (Just Do It), tan hat, black mask, black sweatpants, and black shoes. Decembly upon leaving the business entered the passenger side of a red Ford Mustang. Responding police units observe the vehicle and attempt to catch the vehicle to conduct a traffic stop however the vehicle began to flee and a potential pursuit was cancelled. While fleeing, the red Ford Mustang struck the guardrail on the passenger side. Responding units also located lottery tickets which were stolen at the time of the robbery on the side of the roadway.

26. During an interview conducted on October 5, 2020 Ryleah Bumbera stated she had taken Decembly to a gas station on Alexis Rd. Decembly went inside and later returned telling her to drive. At some point Decembly indicated that the police were chasing them, and

she needed to go. At that time, she struck the guard rail on the passenger side. Shortly after Decembly tossed unknown items from the vehicle's passenger window.

27. Sylvania Township investigators investigated the accident and confirmed that damage located on the red Ford Mustang, Ohio license plate 302ZBJ, which was seized on October 5, 2020, was caused by the guardrail.

28. On October 9, 2020 TFO W. Hunt and SA M. Evans conducted a review of surveillance video captured at 1214 Corporate Dr. Holland, Ohio. During the review for September 19, 2020 between 1803 and 1811 hours the black Nissan Sentra, Ohio license plate HXP-7565, moves from the lot. At 1849 hours the red Ford Mustang, Ohio license plate 302ZBJ, returns to the lot with Bumbera driving. At 1854 hours Jai-Charles Decembly and Ryleah Bumbera can be observed walking from the hotel to the red Ford Mustang, Ohio license plate 302ZBJ. Decembly is observed wearing a black long sleeve shirt with white writing on the sleeve, black pants and black shoes. The shirt is consistent with the one observed on store surveillance images. Bumbera is the driver and Decembly is the passenger. At 2134 hours both Bumbera and Decembly can be observed walking in the parking lot, no vehicles are observed at that time. At 2209 hours the black Nissan Sentra, Ohio license plate HXP-7565, is observed back in the parking lot.

29. The S&G gas station located at 5502 Monroe St. Sylvania, Ohio, the Speedway Gas Station, located at 939 Dixie Hwy. Rossford, Ohio, the Barney's gas Station located at 3211 Briarfield Blvd. Maumee, Ohio and the S and G Mart located at 5101 Alexis Rd. Toledo, Ohio all operate in interstate commerce in that items sold within the store travel from outside of Ohio to be sold, and the robbery affected this by causing the businesses to close for a period of time.

Based on the foregoing, there is probable cause to believe that on September 3, 2020, September 8, 2020, September 17, 2020, and September 19, 2020 within the Northern District of Ohio, Western Division, the defendants, Jai Charles Decembly and Ryleah Bumbera did unlawfully, knowingly and intentionally, Interfere with Commerce by Threat of Violence in violation of 18 U.S.C. 1951.

Mark L. Evans
Special Agent
Federal Bureau of Investigation
Toledo, Ohio

Sworn to via telephone after submission by reliable electronic means. Crim.Rules. 4.1; 41(d)(3)



Thomas M. Parker
United States Magistrate Judge
**5:21 PM, Dec 8, 2020**